# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM ALFREDO BE CAAMAL,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION CENTER, et al.,

Respondents.

Case No. 1:26-cv-04723-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 19 6, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On October 19, 2026, the assigned district judge denied the motion for TRO and referred the matter to the assigned magistrate judge for further proceedings. (ECF No. 18.)

Accordingly, the Court HEREBY ORDERS that:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondents SHALL FILE a response to the petition, including **addressing whether this case is distinguishable from those cases in which this Court has granted habeas relief**. See S.G. v. Warden of the Golden State Annex Det. Facility, No. 1:26-CV-03322-TLN-JDP, 2026 WL 2475525, at *2 (E.D. Cal. Aug. 24, 2026) ("[T]his District routinely finds that

§ 1226(c)(1)(A) does not authorize mandatory detention where the government has failed to [administratively] charge a noncitizen with [inadmissibility by reason of having committed] any offense covered by § 1182(a)(2).").

2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondents SHALL FILE all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition.

3. Petitioner MAY FILE a reply within **FOURTEEN (14) days** of the date Respondents' response is filed with the Court.

IT IS SO ORDERED.

Dated: **October 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge