# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM ALFREDO BE CAAMAL,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION CENTER, et al.,

Respondents.

Case No. 1:26-cv-04723-KES-SAB-HC

ORDER DIRECTING COUNSEL FOR PETITIONER TO FILE RESPONSE TO PETITIONER'S MOTION TO APPOINT COUNSEL

On October 28, 2026, the Court received a motion to appoint counsel, filed by Petitioner pro se, wherein Petitioner states that his immigration attorney filed the present habeas petition and informed Petitioner that he would no longer be representing him in the habeas proceeding because their contract has ended. (ECF No. 20.) "[A]n attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared." Local Rule 182(d).

Accordingly, the Court HEREBY ORDERS that within **SEVEN (7) days** of the date of service of this order, counsel for Petitioner SHALL FILE a response to the motion to appoint counsel.

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge